

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00800-CR

Whitney Elizabeth **KNOWLTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1160-CR
William Old, Judge Presiding

## O R D E R

On, November 17, 2014, appellant filed his notice of appeal with this court. On January 7, 2015, court reporter Patricia M. Wagner filed a notice of late reporter's record. The notice states the appellant has not filed a request or designation of record for the court reporter to prepare the reporter's record.

Therefore, we ORDER appellant to provide written proof to this court within ten days of the date of this order that (1) the reporter's record has filed the necessary requests for the court reporter to know what records to prepare and (2) either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court